# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Trustees of the St. Paul Electrical Construction Industry Fringe Benefit Funds on behalf of the Funds and on behalf of the International Brotherhood of Electrical Workers, Local Union No. 110, AFL-CIO, | Civil No. 10-3003 (RHK/JJK)<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| Door Masters, Incorporated, | |
| Defendant. | |

Based upon the Voluntary Dismissal With Prejudice (Doc. No. 4) filed by the Plaintiffs in the above-referenced matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 4, 2010

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge